JS-6

FILED
CLERK, U.S. DISTRICT COURT
4/29/14
CENTRAL DISTRICT OF CALIFORNIA
BY: ____GR____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| REBECCA M. WELCH, | ) | No. CV 14-3045-FMO(CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| KIMBERLY HUGHS, Warden, | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that this action is dismissed without prejudice to the later filing of a habeas petition as a new action in the proper court.

DATED: April 29, 2014

_____/s/_____
FERNANDO M. OLGUIN
United States District Judge